EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone: (408) 289-1776
   Facsimile: (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS                    E-FILED 8/11/2005
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone: (408) 993-9911
10 Facsimile: (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
14 Telephone: (314) 480-1500
   Facsimile: (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16              UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 KRISHNA BHOLA AND JENNIFER  )   Case No.: C 03-05219 RMW
   BHOLA,                      )
19                             )   **STIPULATION FOR DISMISSAL WITH**
                               )   **PREJUDICE OF DEFENDANT OLIN**
20          Plaintiffs,         )   **CORPORATION BY PLAINTIFFS**
                               )   **KRISHNA BHOLA AND JENNIFER**
21 v.                          )   **BHOLA**
                               )
22 OLIN CORPORATION, et al.,   )
                               )
23          Defendants.         )
                               )
24

25
        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Krishna Bhola and Jennifer Bhola  and
26
27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Krishna

---

2056720.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Krishna Bhola and Jennifer Bhola  - 1**

Bhola and Jennifer Bhola as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

          Respectfully submitted,

          ALEXANDER, HAWES & AUDET, LLP

          By: _____
               RICHARD D ALEXANDER, Cal. Bar #48432
               JEFFREY W/ RICKARD, Cal. Bar #125180
               RYAN M. HAGAN, Cal Bar #200850
               152 North Third Street, Suite 600
               San Jose, CA 95112
               Telephone: (408) 289-1776
               Facsimile: (408) 287-1776

Attorneys for Plaintiffs Krishna Bhola and Jennifer Bhola

HUSCH & EPPENBERGER, LLC

          By: /s/ Carol A. Rutter
               THOMAS M. CARNEY, admitted *pro hac vice*
               CAROL A. RUTTER, admitted *pro hac vice*
               190 Carondelet Plaza, Suite 600
               St. Louis, MO 63105-3441
               Telephone: (314) 480-1500
               Facsimile: (314) 480-1505

               RANDALL C. CREECH, Cal. Bar #65542
               CREECH, LIEBOW & KRAUS
               333 West San Carlos Street
               Suite 1600
               San Jose, CA 95110
               Telephone: (408) 993-9911
               Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA BHOLA AND JENNIFER BHOLA, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05219 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS KRISHNA BHOLA AND JENNIFER BHOLA** |

THIS MATTER coming on the motion of Plaintiffs Krishna Bhola and Jennifer Bhola and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Krishna Bhola and Jennifer Bhola's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2056720.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Krishna Bhola and Jennifer Bhola - 3**